UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONNELL ANDERSON**                              **CIVIL ACTION**

**versus**                                        **NO. 11-266**

**WARDEN LYNN COOPER**                            **SECTION: "S" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the portion of the Report and Recommendation of the United States Magistrate Judge that addresses the timeliness of the petition, and adopts it as its own opinion. The instant petition, which was filed on February 7, 2011, is untimely. This opinion does not address the timeliness of petitioner's previous petition, which was filed on June 16, 2009, and dismissed on March 8, 2010.

Accordingly,

**IT IS ORDERED** that the federal petition of **Ronnell Anderson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  25th  day of        April       , 2011.

*[signature]*
**UNITED STATES DISTRICT JUDGE**